UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TIMOTHY WALES,

                      Plaintiff

-against-

CITY OF SARATOGA SPRINGS
ANTHONY SCIROCCO,
and MIRIAM DIXON,

                      Defendants.

---

**STIPULATION OF DISCONTINUANCE**

Index No.: 1:19-CV-1351
(MAD/DJS)

Plaintiff TIMOTHY WALES and Defendants CITY OF SARATOGA SPRINGS and MIRIAM DIXON, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 7-11-22

O'CONNELL & ARONOWITZ

*Kevin Laurilliard*

BY: KEVIN LAURILLIARD, ESQ.
Bar Roll #102019
Attorneys for Plaintiff

Dated: 7-11-22

FITZGERALD MORRIS BAKER FIRTH P.C.

BY: JOHN D. ASPLAND, JR., ESQ.
Bar Roll #512134
Attorneys for Defendants

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:   August 3, 2022

_____
HON. MAE A. D'AGOSTINO
U.S. DISTRICT COURT JUDGE